IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | | |
|---|---|---|
| Gregory Lafaral Ford, #502121, | ) | |
| aka Gregory L. Ford, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 8:07-3891-HMH-BHH |
| | ) | |
| vs. | ) | **OPINION & ORDER** |
| | ) | |
| Simon Major, Director, | ) | |
| Sumter Lee Regional Detention Center, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court with the Report and Recommendation of United States Magistrate Judge Bruce Howe Hendricks, made in accordance with 28 U.S.C. § 636(b)(1) (2006) and Local Civil Rule 73.02 of the District of South Carolina. The Plaintiff, a state prisoner proceeding pro se, alleges that the Defendant defamed the Plaintiff.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility for making a final determination remains with the United States District Court. See Mathews v. Weber, 423 U.S. 261, 270-71 (1976). The court is charged with making a de novo determination of those portions of the Report and Recommendation to which specific objection is made. The court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1) (2006). In her Report, Magistrate Judge Hendricks recommends dismissing the complaint without prejudice and without issuance and service of process because the court lacks jurisdiction over the Plaintiff's state law claim.

The Plaintiff filed a motion to dismiss agreeing with the Report and Recommendation. In addition, any objections to the Report must be specific. Failure to file specific objections constitutes a waiver of a party's right to further judicial review, including appellate review, if the recommendation is accepted by the district judge. See <u>United States v. Schronce</u>, 727 F.2d 91, 94 & n.4 (4th Cir. 1984). In the absence of <u>specific</u> objections to the Report of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation. See <u>Camby v. Davis</u>, 718 F.2d 198, 199 (4th Cir. 1983).

The Plaintiff has filed no objections to the Report and Recommendation and agrees to the dismissal of this action. Therefore, after a thorough review of the Magistrate Judge's Report and the record in this case, the court adopts the Magistrate Judge's Report and Recommendation.

Therefore, it is

**ORDERED** that the Plaintiff's complaint is dismissed without prejudice and without issuance and service of process. It is further

**ORDERED** that the Plaintiff's motion to dismiss, docket number 8, is dismissed as moot.

**IT IS SO ORDERED**.

s/Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
February 13, 2008

**NOTICE OF RIGHT TO APPEAL**

Plaintiff is hereby notified that he has the right to appeal this order within thirty (30) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.